NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY G. HUNT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7009

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-1065, Judge Bruce E. Kasold.

---

## ON MOTION

---

Before RADER, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges*.

PER CURIAM.

## ORDER

Anthony G. Hunt moves for panel reconsideration and reconsideration en banc of the court's April 5, 2011 order

summarily affirming the United States Court of Appeals for Veterans Claims decision below.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for panel reconsideration is denied. The request for en banc reconsideration will be circulated to the full court.

FOR THE COURT

JUL 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony G. Hunt
Melissa Devine, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2011

JAN HORBALY
CLERK